IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

FILED
AUG 13 2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

ALEX NGUYEN,

Defendant.

**UNDER SEAL**

Case No. 1:26-cr-147

Count 1: 18 U.S.C. § 912 (Impersonating a Federal Officer, and Acting as Such)

Count 2: 18 U.S.C. § 701 (Possession of Imitation Federal Law Enforcement Credentials)

**INDICTMENT**

August 2026 Term – at Alexandria, Virginia

Count One

(*Impersonating a Federal Officer, and Acting as Such*)

THE GRAND JURY CHARGES THAT:

On or about November 5, 2024, while in Great Falls, Virginia, within the Eastern District of Virginia, the defendant, ALEX NGUYEN, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is, a special agent and employee of the Federal Bureau of Investigation ("FBI"), and in such assumed and pretended character did act as such.

(In violation of Title 18, United States Code, Section 912.)

Count Two

(Possession of Imitation Federal Law Enforcement Credentials)

THE GRAND JURY CHARGES THAT:

On or about November 5, 2024, while in Great Falls, Virginia, within the Eastern District of Virginia, the defendant, ALEX NGUYEN, did knowingly possess a badge, identification, card, or other insignia, of the design prescribed by the head of a department or agency of the United States for use by an any officer and employee thereof, or colorable imitations thereof, namely, an imitation Federal Bureau of Investigation badge and imitation Federal Bureau of Investigation credentials.

(In violation of Title 18, United States Code, Section 701.)

A TRUE BILL

Pursuant to the E-Government Act,
The original of this page has been filed
under seal in the Clerk's Office

FOREPERSON

Todd W. Blanche
Attorney General

Theophani K. Stamos
First Assistant United States Attorney

Madison Mumma
Assistant United States Attorney