AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

United States
*Plaintiff*
v.
Alex Nguyen
*Defendant*

Case No. 1:26-cr-147

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States .

Date: 08/18/2026

*Attorney's signature*

Jack Morgan (VA 85926)
*Printed name and bar number*

Justin Williams, United States Attorney's Bldg.
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

jack.morgan@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

*FAX number*