FILED
IN OPEN COURT
SEP 25 2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.

ALEX CHIEU NGUYEN,

Defendant.

No. 1:26-cr-147

STATEMENT OF FACTS

1. The United States and the Defendant, ALEX CHIEU NGUYEN, (hereinafter, "the Defendant"), agree that at trial the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

2. At some time before November 5, 2024, the Defendant obtained items that would enable him to impersonate a special agent with the Federal Bureau of Investigation ("FBI"). He purchased a holster and an air pistol, or "BB gun," that was manufactured to look like a Glock 19 handgun. He obtained a blue zip-up sweatshirt emblazoned with the FBI logo. He purchased a fraudulent badge and credential.

3. The credential included a photo of the Defendant and falsely identified him as a "Special Agent" with the FBI. It stated, "[s]uch is charged with duty of investigation violations of the laws of the United States . . . and performing other duties imposed by law." It included a signature purporting to be from the "Director" of the FBI and language indicating that the credential was upon the "order of the Attorney General of the United States."

4. On November 5, 2024, the date of the 2024 federal general elections, the Defendant traveled to the Timber Lane Elementary School, in Falls Church, Virginia, which was a polling

location located within the Eastern District of Virginia and knowingly and willfully pretended to be a special agent of the FBI.

5. Specifically, at approximately 9:30 a.m. on November 5, 2024, the Defendant arrived at the polling station in a black SUV. He wore dark sunglasses and a sweatshirt bearing the word "FBI" and displayed a badge on his waist. The Glock-style air pistol, or "BB gun," was holstered at his waste, producing a bulge visible to observers at the school. The Defendant approached election officials and greeters outside the polling center and falsely informed them that he was assigned to the FBI's "Election Security" and was there to ensure that everything was secure and things were going well. After approximately 10 minutes, the Defendant left the polling location.

6. Later that day, at approximately 4:20 p.m., the Defendant returned. On this occasion, he entered the building where active polling was taking place in the cafeteria. The Defendant again wore his FBI-branded sweatshirt and fraudulent FBI identification document, and the bulge described above was again observed by witnesses. The polling site's chief election official approached the Defendant and asked to see his credentials, whereupon the Defendant presented his fraudulent FBI identification badge and credential, and again represented that he was an agent with the FBI. The Defendantant then left the school.

7. The Defendant was not, and has never been, an employee of the FBI, as he knew at the time of the offense. Furthermore, the Defendant was not authorized under any federal regulation to possess or use a badge or credential identifying him as a federal law enforcement officer.

8. When the Defendant was arrested later on November 5, 2024, he admitted to having pretended to be an FBI agent at the Timber Lane Elementary School. He further claimed that he had done so to experience feeling respected and that he did not have a political motive.

9. This statement of facts includes those facts necessary to support the plea agreement between the Defendant and the United States. It does not include each and every fact known to the Defendant or the United States, and it is not intended to be a full enumeration of all the facts surrounding the Defendant's case.

10. The actions of the Defendant, as recounted above, were in all respects knowing, deliberate, and not committed by mistake, accident, or other innocent reason.

Respectfully Submitted,

TODD W. BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

Jack A Morgan

Jack Morgan
Assistant United States Attorney
Robert J. McManigal
Assistant United States Attorney
Eastern District of Virginia

I have read the above Statement of Facts and carefully reviewed every part of it with my attorney. After consulting with my attorney, I, ALEX CHIEU NGUYEN, hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

ALEX CHIEU NGUYEN

I am Ann Rigby, the Defendant's attorney. I have carefully reviewed the above Statement of Facts with the Defendant. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

ANN MASON RIGBY, Attorney for ALEX CHIEU NGUYEN